JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| VMOOM, a general partnership,<br><br>         Plaintiff,<br><br>         vs.<br><br>STRATUS TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>         Defendant.<br><br>AND RELATED COUNTER-CLAIM. | CASE NO. 12-CV-00925-MWF (VBKx)<br><br>**ORDER TO DISMISS ACTION**<br><br>**[Lodged in Chambers]**<br><br><br><br>**Assigned Judge:  Hon. Michael W. Fitzgerald** |

Pursuant to the Parties' Joint Stipulation to Dismiss Action under Federal Rules of Civil Procedure 41(a)(1) and (c) based on the settlement agreement reached between the Parties, the Court finds that good cause exists, and,

**IT IS HEREBY ORDERED**, that this action is dismissed with prejudice in its entirety, including VMOOM's Second Amended Complaint and STRATUS' Counter-Claim, with each Party to bear its own attorneys' fees and costs.

DATED:  May 31, 2013.

_____
**HON. MICHAEL W. FITZGERALD**
**UNITED STATES DISTRICT JUDGE**

**12-CV-00925-MWF (VBKx)**